UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ziya Pashazade

    v.                                                                                                                               Case No. 26-cv-00002-JL

FCI Berlin, Warden et al.

## ORDER

      Before the court is the habeas petition brought by Ziya Pashazade challenging his ongoing ICE detention. In its response to the court's order to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin, Warden*, 1:25-cv-00374-SE-AJ, ECF No. 10 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),[1] the respondents "preserved…their objections to the relief requested in *Destino*," but otherwise conceded that the material facts in this case "closely mirror those in *Destino*" and that "the court would likely reach the same result" if it applied *Destino*'s reasoning."[2]

      Thus, no cause having been shown, the court GRANTS the petition[3] for a bond hearing based on the reasoning in *Destino*, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.[4] The petition is denied in all other respects. The parties shall file a status report within 10 days of this order.

SO ORDERED.

                                                                            _____
                                                                            Joseph N. Laplante
                                                                            United States District Judge

Dated: January 8, 2026

Cc: Counsel of record

---

[1] Show Cause Order (doc. no. 4).
[2] Response (doc. no. 6) at 1-2.
[3] Pet. Writ Habeas Corpus (doc. no. 1).
[4] The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.